

# Fourth Court of Appeals
## San Antonio, Texas

July 30, 2015

No. 04-14-00824-CV & 04-15-00006-CV

Robert **TYSON**, Carl and Kathy Taylor, Linda and Ron Tetrick, Jim and Nancy Wescott, and
Paul and Ruthe Wilson,
Appellants

v.

Demar **BOREN**, Lorena Yates and Robert N. Freeman II,
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court Case No. CV-13-0100356 & CV-13-0200356
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

The Court has reviewed the record and briefs in this appeal and has determined that oral argument will not significantly aid it in determining the legal and factual issues presented in the appeal.  *See* TEX. R. APP. P. 39.8.  Therefore, all requests for oral argument are denied, and the cause is advanced for **ON BRIEFS** submission on Wednesday, September 2, 2015, to the following panel: Chief Justice Sandee Bryan Marion, Justice Karen Angelini, and Justice Jason Pulliam.  All parties will be notified of the Court's decision in this appeal in accordance with TEX. R. APP. P. 48.

Either party may file a motion requesting the Court to reconsider its determination that oral argument will not significantly aid the Court in determining the legal and factual issues presented in the appeal.  *See* TEX. R. APP. P. 39.8.  Such a motion should be filed within ten (10) days from the date of this order.

It is so **ORDERED** on July 30, 2015.

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this July 30, 2015.

Keith E. Hottle, Clerk